1 NICHOLAS A. TRUTANICH
United States Attorney
2 District of Nevada
Nevada Bar Number 13644
3 CHRISTOPHER D. BAKER
Assistant United States Attorney
4 501 Las Vegas Boulevard So., Suite 1100
Las Vegas, Nevada 89101
5 Phone: (702) 388-6336
Fax: (702) 388-5087
6 Christopher.D.Baker@usdoj.gov

7 *Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:05-mj-749-VCF |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS CRIMINAL COMPLAINT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A) |
| vs. | |
| JOSE ECHAVARRIA-VALDEZ, | |
| Defendant. | |

The United States of America, by and through the undersigned attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the above-captioned case and any outstanding warrant (if any) against Defendant, JOSE ECHAVARRIA-VALDEZ. The United States evaluated the age of the case and determined that dismissing the case, and any outstanding warrant, is in the best interest of justice.

Accordingly, the United States respectfully requests that the Court dismiss the complaint and any outstanding warrant against the above-captioned defendant.

DATED: June 5, 2019.

                                                Respectfully submitted,

                                                NICHOLAS A. TRUTANICH
                                                United States Attorney

                                                _____/s/_____
                                                CHRISTOPHER D. BAKER
                                                First Assistant United States Attorney

The Government's motion is hereby Granted. SO ORDERED:

[signature: Cam Ferenbach]

_____                            8-13-2019
Cam Ferenbach                                         Dated:_____
United States Magistrate Judge